Bond No. 800-022-345

# UNDERTAKING ON TEMPORARY RESTRAINING ORDER

**United States District Court**
**Southern District of New York**

-----------------------------------------------------------

**Transamerica Life Insurance Company,**

                     **Plaintiff,**             Civil Action No. 15 CV 9036

     - against -

**David Hirschman,**

                     **Defendant.**

-----------------------------------------------------------

**WHEREAS,** on the 17th day of November, 2015, the Plaintiff, the above named, was granted a temporary restraining order, upon the posting of a bond in the amount of $10,000.00, in the above entitled action, restraining the Defendant, from doing certain things as more fully set forth in the order by the Hon. Nelson S. Roman.

**NOW, THEREFORE,** the **Atlantic Specialty Insurance Company** having an office and principal place of business for the state of New York at 77 Water Street, 17th Floor, **New York, N.Y., 10005,** as Surety, does hereby, pursuant to the Statute in such case made and provided, undertake that the Plaintiff will pay to the Defendant, so enjoined such damages and costs not exceeding the sum of Ten Thousand and No/100 ($10,000.00) Dollars as it may sustain by reason of the temporary restraining order if the Court shall finally decide that the Plaintiff, was not entitled thereto; such damages and costs to be ascertained by a reference, or otherwise as the Court shall direct.

DATED: **November 18th, 2015**

                                                                     Atlantic Specialty Insurance Company

                                                       By:_____

                                                         D. Nicholas Blaikie, Attorney-in-fact

form#

## ACKNOWLEDGMENT OF SURETY

**STATE OF NEW YORK** }
**COUNTY OF** New York }
SS:

On the __18th__ day of __November__ in year __2015__ before me personally came __D. Nicholas Blaikie__ to me known, who being by me duly sworn, did depose and say that he/she resides at __77 Water Street, 17th Floor, New York, N.Y., 10005__ , that he/she is the Attorney-in-Fact of __Atlantic Specialty Insurance Company__ , the corporation described in and which executed the above instrument; that he/she knows the corporate seal of said corporation, that the seal affixed to such instrument is such corporate seal: that it was so affixed by order of the Board of Directors of said corporation, and, that he/she signed his/her name thereto by like order; and that said corporation is duly authorized to transact business in the State of New York in pursuance of the statutes of such case made and provided, that the Superintendent of insurance of the State of New York, has, pursuant to Chapter 28 of the Consolidated Laws of the State of new York, known as the Insurance Law, issued to

__Atlantic Specialty Insurance Company__

a Certificate of Solvency and qualification to become surety or guarantor on all bonds. undertakings, recognizances. guaranties and other obligations required or permitted by law and that such certificate has not been evoked.

Notary Public

COLETTE M. BLAIKIE
Notary Public, State of New York
No.1BL4989857
Qualified in New York County
Certificate Filed in New York County
Commission Expires May 6, 20__18__



# Power of Attorney

KNOW ALL MEN BY THESE PRESENTS, that ATLANTIC SPECIALTY INSURANCE COMPANY, a New York corporation with its principal office in Minnetonka, Minnesota, does hereby constitute and appoint: **D. Nicholas Blaikie, Colette M. Blaikie**, each individually if there be more than one named, its true and lawful Attorney-in-Fact, to make, execute, seal and deliver, for and on its behalf as surety, any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof; provided that no bond or undertaking executed under this authority shall exceed in amount the sum of: **sixty million dollars ($60,000,000)** and the execution of such bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof in pursuance of these presents, shall be as binding upon said Company as if they had been fully signed by an authorized officer of the Company and sealed with the Company seal. This Power of Attorney is made and executed by authority of the following resolutions adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

> Resolved: That the President, any Senior Vice President or Vice-President (each an "Authorized Officer") may execute for and in behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and affix the seal of the Company thereto; and that the Authorized Officer may appoint and authorize an Attorney-in-Fact to execute on behalf of the Company any and all such instruments and to affix the Company seal thereto; and that the Authorized Officer may at any time remove any such Attorney-in-Fact and revoke all power and authority given to any such Attorney-in-Fact.

> Resolved: That the Attorney-in-Fact may be given full power and authority to execute for and in the name and on behalf of the Company any and all bonds, recognizances, contracts of indemnity, and all other writings obligatory in the nature thereof, and any such instrument executed by any such Attorney-in-Fact shall be as binding upon the Company as if signed and sealed by an Authorized Officer and, further, the Attorney-in-Fact is hereby authorized to verify any affidavit required to be attached to bonds,

This power of attorney is signed and sealed by facsimile under the authority of the following Resolution adopted by the Board of Directors of ATLANTIC SPECIALTY INSURANCE COMPANY on the twenty-fifth day of September, 2012:

> Resolved: That the signature of an Authorized Officer, the signature of the Secretary or the Assistant Secretary, and the Company seal may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing an Attorney-in-Fact for purposes only of executing and sealing any bond, undertaking, recognizance or other written obligation in the nature thereof, and any such signature and seal where so used, being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as though manually affixed.

IN WITNESS WHEREOF, ATLANTIC SPECIALTY INSURANCE COMPANY has caused these presents to be signed by an Authorized Officer and the seal of the Company to be affixed this eighth day of December, 2014.

STATE OF MINNESOTA
HENNIPEN COUNTY

By _____
Paul J. Brehm, Senior Vice President

On this eighth day of December, 2014, before me personally came Paul J. Brehm, Senior Vice President of ATLANTIC SPECIALTY INSURANCE COMPANY, to me personally known to be the individual and officer described in and who executed the preceding instrument, and he acknowledged the execution of the same, and being by me duly sworn, that he is the said officer of the Company aforesaid, and that the seal affixed to the preceding instrument is the seal of said Company and that the said seal and the signature as such officer was duly affixed and



SA LESHA V. S. BEEKS
Notary Public
State of Minnesota
My Commission Expires
January 31, 2020

_Sa Lesha V. S. Beeks_
Notary Public

I, the undersigned, Assistant Secretary of ATLANTIC SPECIALTY INSURANCE COMPANY, a New York Corporation, do hereby certify that the foregoing power of attorney is in full force and has not been revoked, and the resolutions set forth above are now in force.

Signed and sealed. Dated __18th__ day of __November__, __2015__.

This Power of Attorney expires
October 1, 2017

James G. Jordan, Assistant Secretary



### Atlantic Specialty Insurance Company
Period Ended 12/31/2014

*Dollars displayed in thousands*

| Admitted Assets | | Liabilities and Surplus | |
|---|---|---|---|
| Investments: | | Liabilities | |
| Bonds | $ 1,317,645 | Loss Reserves | $ 970,688 |
| Preferred Stocks | 84,208 | Loss Adjustment Expense Reserves | 157,992 |
| Common Stocks | 409,904 | Total Loss & LAE Reserves | 1,128,680 |
| Mortgage Loans | · | | |
| Real Estate | 42,934 | Unearned Premium Reserve | 538,239 |
| Contract Loans | · | Total Reinsurance Liabilities | 34,695 |
| Derivatives | · | Commissions, Other Expenses, and Taxes due | 41,137 |
| Cash, Cash Equivalents & Short Term Investments | 108,915 | Derivatives | · |
| Other Investments | 138,657 | Payable to Parent, Subs or Affiliates | · |
| Total Cash & Investments | 2,102,262 | All Other Liabilities | 86,637 |
| | | Total Liabilities | 1,829,388 |
| Premiums and Considerations Due | 241,466 | | |
| Reinsurance Recoverable | 20,336 | Capital and Surplus | |
| Receivable from Parent, Subsidiary or Affiliates | 30,168 | Common Capital Stock | 9,000 |
| All Other Admitted Assets | 156,671 | Preferred Capital Stock | · |
| | | Surplus Notes | · |
| Total Admitted Assets | 2,550,903 | Unassigned Surplus | 114,522 |
| | | Other Including Gross Contributed | 597,993 |
| | | Capital & Surplus | 721,515 |
| | | Total Liabilities and C&S | 2,550,903 |

State of Massachusetts
County of Norfolk        ss

I, James Jordan, Assistant Secretary of Atlantic Specialty Insurance Company do hereby certify that the foregoing statement is a correct exhibit of the assets and liabilities of the said OneBeacon Insurance Company, on the 31st day of December, 2014, according to the best of my information, knowledge and belief.

*Assistant Secretary*

Subscribed and sworn to, before me, a Notary Public of the State of Massachusetts on this 15th day of March 2015.

*Notary Public*

SA LESHA V. S. BEEKS
Notary Public
State of Minnesota
My Commission Expires
January 31, 2020